**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



MEMORANDUM ORDER

Appellate case name:     Robert Horry Sports Medicine, LLC, Kegis Smith, Robert Horry,
Keith & Kerndard Holdings, LLC, and Anastasia Patoka v. Tomur
Barnes and Roxanne Calmalet

Appellate case number:   01-19-00256-CV

Trial court case number:   2016-69540

Trial court:                    61st District Court of Harris County

     The motion for rehearing and en banc reconsideration filed January 19, 2021 is DENIED.
It is so ORDERED.

Judge's signature:  __/s/ Richard Hightower_____
                 Acting for the Court

Date:  __May 13, 2021_____

Panel consists of Chief Justice Radack and Justice Hightower.

The en banc court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau,
Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.